**Ray K. FACTORY, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
**Respondent.**

No. 2006–3330.

United States Court of Appeals,
Federal Circuit.

May 24, 2007.

Before MAYER, Circuit Judge, CLEVENGER, Senior Circuit Judge, and LINN, Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**Sergio F. TENORIO, Jr., Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,**
**Respondent.**

No. 2007–3199.

United States Court of Appeals,
Federal Circuit.

May 25, 2007.

Sergio F. Tenorio, Jr., pro se.

**ORDER**

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.